**ADAMS, PAYNE & GLEAVES, Inc., Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

Circuit Court of Appeals, Fourth Circuit.
April 9, 1929.

No. 2806.

H. H. Shelton, of Washington, D. C., for petitioner.

Millar E. McGilchrist, Sp. Asst. Atty. Gen. (Mabel Walker Willebrandt, Asst. Atty. Gen., J. Louis Monarch and Randolph C. Shaw, Sp. Asst. Attys. Gen., and C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and D. V. Hunter, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., on the brief), for respondent.

Before WADDILL, Circuit Judge, and McDOWELL and SOPER, District Judges.

PER CURIAM. We find no error in the judgment of the Board of Tax Appeals, and it is accordingly affirmed.

Affirmed.

**A. B. ALLEN, Collector, etc., Appellant, v. M. D. CAMERON, Appellee.**

Circuit Court of Appeals, Eighth Circuit.
February 13, 1929.

No. 8526.

Ambrose C. Epperson, Asst. U. S. Atty., of Omaha, Neb., for appellant.

Paul L. Martin, of Omaha, Neb., for appellee.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee.

**A. B. ALLEN, Collector, etc., Appellant, v. R. C. PETERS, Appellee.**

Circuit Court of Appeals, Eighth Circuit.
February 13, 1929.

No. 8525.

Ambrose C. Epperson, Asst. U. S. Atty., of Omaha, Neb., for appellant.

Paul L. Martin, of Omaha, Neb., for appellee.

PER CURIAM. Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant and consent of appellee.